# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM C. MARSHALL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>L.S. McEWEN, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-2680-SJO (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Second Amended Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

December 6, 2013.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　_S. James Otero_
　　　　　　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE