# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM C. MARSHALL,<br><br>        Petitioner,<br><br>        v.<br><br>L.S. McEWEN, Warden,<br><br>        Respondent. | Case No. CV 11-2680-SJO (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

December 6, 2013.

DATED: _____

                                                                        S. JAMES OTERO<br>                                                   UNITED STATES DISTRICT JUDGE